_____

No. 96-1099
_____

Howard R. Fletcher; Georgene          *
Fletcher,                             *
                                      *
            Appellants,               *   Appeal from the United States
                                      *   District Court for the
     v.                               *   District of Minnesota.
                                      *
Randy J. Zellmer; the Law Firm        *   [UNPUBLISHED]
of Johnson, Anderson & Zellmer,       *
                                      *
            Appellees.                *

_____

                Submitted: November 18, 1996

                  Filed: January 8, 1997
_____

Before BEAM, FRIEDMAN,[1] and LOKEN, Circuit Judges.
_____

PER CURIAM.


     Howard and Georgene Fletcher appeal the district court's[2] entry of
judgment for defendants Randy J. Zellmer and the Johnson, Anderson &
Zellmer law firm in this legal malpractice action.  The district court
concluded that the appropriate state statute of limitations barred certain
of appellants' causes of action, and that appellants had failed to create
issues of material fact on the remaining causes of action.  After carefully
reviewing the record and the parties' briefs, we conclude that the district
court's conclusions were correct.  Accordingly, we affirm.  See 8th Cir.
R. 47B.


_____

     [1]The Honorable Daniel M. Friedman, United States Circuit Judge
for the Federal Circuit, sitting by designation.

     [2]The Honorable Donald D. Alsop, Senior Judge, United States
District Court for the District of Minnesota.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.